UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH VIRGIL DENNIS,

        Petitioner,        Case No. 1:11-cv-925

v.        Honorable Paul L. Maloney

CINDI CURTIN,

        Respondent.
_____/

### **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   October 28, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge