UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH VIRGIL DENNIS,

                Petitioner,                Case No. 1:11-cv-925

v.                                               Honorable Paul L. Maloney

CINDI CURTIN,

                Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:   October 28, 2011                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge